UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHAN S. TREAT,<br><br>           Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE Commissioner of Social Security,<br><br>           Defendant. | CASE NO.    C09-5095KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

    The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

    DATED this 3rd day of March, 2009.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1