UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHAN S. TREAT,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. C09-5095RJB-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation (Dkt. 27);

(2) the ALJ erred in her decision as described in the Report and Recommendation;

(3) the matter is therefore **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings; and

(4) the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 6th day of April, 2010.

                          /s/ Robert J. Bryan
                          ROBERT J. BRYAN
                          United States District Judge

ORDER - 1