# United States District Court

WESTERN DISTRICT OF WASHINGTON

NATHAN S. TREAT

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5095RJB/KLS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation (Dkt. 27);

The ALJ erred in her decision as described in the Report and Recommendation; and

The matter is therefore **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings.


    April 7, 2010                                 BRUCE RIFKIN
Date                                              Clerk


                                                  *s/CM Gonzalez*
                                                  Deputy Clerk