# United States District Court

WESTERN DISTRICT OF WASHINGTON

NATHAN S. TREAT

       v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5095RJB/KLS

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

    1) Plaintiff's Motion for a Award of Attorney's Fees and Expenses Pursuant to 28 U.S.C. § 2412 (Dkt. 30) is **GRANTED**;

    2) Plaintiff is **AWARDED** $73,92.36 in attorney's fees and $23.03 in expenses; and

    3) Subject to any offset allowed under the Treasury Offset Program, *See Astrue v. Ratliff*, 130 S.Ct.2521 (2010), payment of this award shall be made via check sent to Eitan Kassel Yanich's address: Yanich & Blanton, PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA 98501.

| July 27, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                     *s/CM Gonzalez*
                                                     Deputy Clerk